FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUL 2 9 2009

Civil Action No. _____ 09CV01787 _____ *Bnb* GREGORY C. LANGHAM
CLERK

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

ROBERT E. LEWIS,

     Plaintiff,

v.

SGT. M. RICHARD, and
COLORADO DEPARTMENT OF CORRECTION[S],

     Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. As part of the court's review

pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted

documents are deficient as described in this order. Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action. Plaintiff will be

directed to cure the following if he wishes to pursue his claims. Any papers that the

Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) ___ is not submitted

(2) ___ is missing affidavit

(3) X is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing  (account statement submitted is too old)

(4) ___ is missing certificate showing current balance in prison account

(5) ___ is missing required financial information

(6) ___ is missing an original signature by the prisoner

(7) ___ is not on proper form (must use the court's current form)

(8) ___ names in caption do not match names in caption of complaint, petition or habeas application

(9) ___ An original and a copy have not been received by the court.
Only an original has been received.

(10) ___ other:_____.

**Complaint, Petition or Application**:

(11) ___ is not submitted

(12) ___ is not on proper form (must use the court's current form)

(13) ___ is missing an original signature by the prisoner

(14) ___ is missing page nos. ___

(15) ___ uses et al. instead of listing all parties in caption

(16) ___ An original and a copy have not been received by the court.  Only an original has been received.

(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.

(18) ___ names in caption do not match names in text

(19) ___ other _____.

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers that the Plaintiff files

in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 28th day of July              , 2009.

BY THE COURT:

CRAIG B. SHAFFER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   **09CV01787**

Robert E. Lewis
Prisoner No.  139940
Fremont Corr. Facility
P.O. Box 999
Cañon City, CO 81215-0999

        I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on___7/29/09___

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk