IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01787-REB-BNB

ROBERT E. LEWIS,

Plaintiff,

v.

SGT. M. RICHARD,

Defendant.

_____

## ORDER
_____

This matter arises on the defendant's **Motion to Compel Responses to Discovery Requests** [Doc. # 28, filed 06/24/2010] (the "Motion"), which seeks to compel discovery from the plaintiff.  Separately, I have recommended that summary judgment enter in favor of the defendant.  Accordingly,

IT IS ORDERED that the Motion is DENIED AS MOOT.

Dated December 3, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge